NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5068

### UNITED PARTITION SYSTEMS, INC.,

Plaintiff-Appellee,

v.

### UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 03-CV-1242, Judge Charles F. Lettow.

## ON MOTION

## O R D E R

The United States moves for a 31-day extension of time, until June 21, 2010, to file its initial brief.

IT IS ORDERED THAT:

The motion for an extension of time is granted. No further extensions should be anticipated.

FOR THE COURT

MAY 1 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laurence Schor, Esq.
Robert C. Bigler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 2 2010

JAN HORBALY
CLERK